March 30, 2023                                                                 *Via ECF*

Magistrate Judge Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Tanya Jackson et al. v. Queens Borough Public Library et al.*, 19-cv-6656-EK-ST

Dear Magistrate Judge Tiscione:

Plaintiffs Tanya Jackson and Center for Independence of the Disabled, New York and Defendants Queens Borough Public Library, the Board of Trustees of Queens Borough Public Library, and the City of New York (collectively, "the Parties") write jointly to provide the Court with a joint status report, pursuant to Your Honor's March 1, 2023, order.

Since the Parties' last joint status report on February 28, Defendants responded to Plaintiffs' last draft on March 13, the Parties met to continue negotiations on March 20, and Plaintiffs responded to Defendants' last draft on March 29.

The Parties are scheduled to meet to continue their negotiations on April 10. Counsel expect to reach agreement on all settlement terms related to injunctive relief shortly, subject to all necessary approvals, and they will then negotiate terms related to Plaintiffs' attorneys' fees and costs. The Parties request that the next status update be due by April 27, 2023.

Sincerely,

_____                    _____/s/_____
Rebecca C. Serbin                                  Stephen Kitzinger
Disability Rights Advocates                        Office of Corporation Counsel
*Attorney for Plaintiffs*                          *Attorney for Defendants*