April 27, 2023                                                        *Via ECF*

Magistrate Judge Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Tanya Jackson et al. v. Queens Borough Public Library et al.*, 19-cv-6656-EK-ST

Dear Magistrate Judge Tiscione:

Plaintiffs Tanya Jackson and Center for Independence of the Disabled, New York and Defendants Queens Borough Public Library, the Board of Trustees of Queens Borough Public Library, and the City of New York (collectively, "the Parties") write jointly to provide the Court with a joint status report, pursuant to Your Honor's March 30, 2023, order.

Since the Parties' last joint status report on March 30, the Parties met to continue negotiations on April 17.

The Parties are working to schedule their next meeting, and Defendants expect to respond to Plaintiffs' March 29 draft by May 5. Counsel expect to reach agreement on all settlement terms related to injunctive relief shortly, subject to all necessary approvals, and they will then negotiate terms related to Plaintiffs' attorneys' fees and costs. The Parties request that the next status update be due by May 31, 2023.

Sincerely,

_____                        _____/s/_____
Rebecca C. Serbin                                      Stephen Kitzinger
Disability Rights Advocates                      Office of Corporation Counsel
*Attorney for Plaintiffs*                                    *Attorney for Defendants*